**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DRUMMOND DEVELOPMENT, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-06937 |
| | ) | Hon. Robert W. Gettleman |
| FAIRCHILD US, LLC, a South Carolina | ) | Magistrate – Hon. Jeffrey |
| limited liability company, | ) | Cummings |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Patrick D. Austermuehle                    Terrence Buehler
           Peter Lubin                               Law Offices of Terrence Buehler
           LUBIN AUSTERMUEHLE, PC      19 S. LaSalle Street Suite 702
           360 West Butterfield Road Suite 325   Chicago, IL 60606
           Elmhurst, IL 60126

       On February 24, 2023, I filed this Motion for Sanctions before Magistrate Jeffrey I. Cummings without a presentment date in accordance with the court's procedures, a copy of which is attached hereto. Hearing shall be heard telephonically pursuant to instructions provided by the court.

_____
Barry I. Mortge
Attorney for Drummond Development, LLC


Barry I. Mortge
Law Offices of Barry I. Mortge
1272 Sandhurst Drive
Buffalo Grove, IL 60089
847-609-0234
ARDC #6225684
bmortge@mortgelaw.com

1

**CERTIFICATE OF SERVICE**

  The undersigned, on oath state that on January 26, 2023, I served this notice and motion electronically through the United States Court electronic notice service.

By:  _____
   Barry I. Mortge
   Attorney for Drummond Development, LLC

Barry I. Mortge
Law Offices of Barry I. Mortge
1272 Sandhurst Drive
Buffalo Grove, IL 60089
847-609-0234
ARDC #6225684
bmortge@mortgelaw.com

2